**DISMISSED and Opinion Filed November 8, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00862-CV

### IN THE INTEREST OF M.J.S, A CHILD

**On Appeal from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-56663-2020**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Nowell, and Justice Smith.
Opinion by Justice Nowell

Before the Court is appellant's November 2, 2022 motion for voluntary dismissal of the appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

|  | /Erin A. Nowell// |
|---|---|
|  | ERIN NOWELL |
| 220862f.p05 | JUSTICE |



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF M.J.S., A CHILD, Appellant

No. 05-22-00862-CV

On Appeal from the 470th Judicial District Court, Collin County, Texas Trial Court Cause No. 470-56663-2020.
Opinion delivered by Justice Nowell. Chief Justice Burns and Justice Smith participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Richard Shaun Sciani recover his costs of this appeal from appellant Meghan Weaver.

Judgment entered this 8th day of November, 2022.

–2–